UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LINDSAY MCCARTHY,

Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No.: 3:25-cv-03213-BTM-AHG

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO NOTIFY COURT OF DISCOVERY DISPUTE**

**[ECF No. 31]**

Before the Court is the parties' joint motion to continue the deadline notify the Court of a discovery dispute. ECF No. 31. The parties seek an order from the Court extending their deadline to raise a discovery dispute by approximately one month. *Id*.

Parties seeking to continue deadlines set forth by the Court must demonstrate good cause. FED. R. CIV. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time"); Chmb.R. at 2 (stating that any request for continuance requires "[a] showing of good cause for the request"). "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and

the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("[T]he focus of the inquiry is upon the moving party's reasons for seeking modification. . . . If that party was not diligent, the inquiry should end.") (internal citation omitted). Therefore, "a party demonstrates good cause by acting diligently to meet the original deadlines set forth by the court." *Merck v. Swift Transp. Co.*, No. CV-16-01103-PHX-ROS, 2018 WL 4492362, at *2 (D. Ariz. Sept. 19, 2018).

Here, the parties represent to the Court that they need more time to meet and confer regarding Defendant's responses to Plaintiff's second set of Interrogatories and Requests for Production. ECF No. 31. Specifically, the parties need more time to investigate the issues raised. *Id.* at 2. The parties explain that they seek to "work[] out an amicable resolution of the issues to obviate the need for court intervention." *Id.* As such, the parties request an approximate 30-day extension, to October 21, 2026, to raise the discovery disputes with the Court. *Id.*

The Court appreciates that the parties are working together to resolve their disputes without judicial intervention. Good cause appearing, the Court **GRANTS** the parties' motion to extend the discovery dispute deadline. ECF No. 31. Thus, the parties must bring any discovery disputes related to Plaintiff's second set of Interrogatories and Requests for Production to the Court's attention in the manner described in Paragraph 2 of the Scheduling Order, (*see* ECF No. 23 at 2), no later than **<u>October 21, 2026</u>**.

**IT IS SO ORDERED.**

Dated: September 19, 2026

Honorable Allison H. Goddard
United States Magistrate Judge