UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LINDSAY MCCARTHY,

Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No.: 3:25-cv-03213-BTM-AHG

**ORDER GRANTING IN PART JOINT MOTION TO EXTEND DEADLINE TO NOTIFY COURT OF DISCOVERY DISPUTES**

**[ECF No. 40]**

Before the Court is the parties' joint motion to continue the deadline to notify the Court of discovery disputes. ECF No. 40. The parties seek an order from the Court extending their deadline to raise discovery disputes by approximately two to four weeks. *Id.*

Parties seeking to continue deadlines set forth by the Court must demonstrate good cause. FED. R. CIV. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time"); Chmb.R. at 2 (stating that any request for continuance requires "[a] showing of good cause for the request"). "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and

the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("[T]he focus of the inquiry is upon the moving party's reasons for seeking modification. … If that party was not diligent, the inquiry should end.") (internal citation omitted).

Here, the parties represent to the Court that they need more time to meet and confer regarding Plaintiff's responses to Defendant's First Set of Interrogatories and First Set of Requests for Production of Documents; and Defendant's responses to Plaintiff's Fifth Set of Interrogatories, Fifth Set of Requests for Production, and First/Second Sets of Requests for Admission. ECF No. 40 at 2. The parties explain that they seek to "work[] out an amicable resolution of the issues to obviate the need for court intervention." *Id*. As such, the parties request an extension, to December 15, 2026, to raise the discovery disputes with the Court. *Id*.

The Court appreciates that the parties are working together to resolve their disputes without judicial intervention. Upon due consideration of the parties' motion, the Court **GRANTS IN PART** the parties' motion to extend the discovery dispute deadline. In light of the upcoming discovery conference on December 15, 2026, the Court had set a December 11, 2026, deadline to email the joint discovery chart to the Court. *See* ECF No. 39 at 2–3. Upon consideration, the parties must bring any discovery disputes related to Defendant's First Set of Interrogatories, Defendant's First Set of Requests for Production of Documents, Plaintiff's Fifth Set of Interrogatories, Plaintiff's Fifth Set of Requests for Production, and Plaintiff's First/Second Sets of Requests for Admission, (*see* ECF No. 40 at 2), to the Court's attention no later than **December 11, 2026**. The parties must include these disputes in their Joint Discovery Chart, by including the responses and requests at issue in the tables. *See* ECF No. 39 at 2–3.

**IT IS SO ORDERED.**

Dated: November 16, 2026

Honorable Allison H. Goddard
United States Magistrate Judge